# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

KUEHNE+NAGEL INC.,

Plaintiff,

-v-

A.G.R. ESHCOL OVERSEAS, LTD.

Defendant.

Case No. 13-cv-08919-LLS

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

KUEHNE+NAGEL INC.                                  (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Kuehne+Nagel Inc. is a wholly owned subsidiary of Kuehne+Nagel International AG, a publicly traded entity.

**Date:** December 18, 2013

**Signature of Attorney**

**Attorney Bar Code:** 3887

Form Rule7_1.pdf   SDNY Web 10/2007